UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 6, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JUSSTANENE KING, )<br>)<br>Defendant. ) | Case No. 2:12-MJ-00151-DAD-2<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JUSSTANENE KING, Case No. 2:12-MJ-00151-DAD-2, Charge Title 21 USC §§ 841(a)(1), 846, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ 50,000 (co-signed)                              .

    ✔   Unsecured Appearance Bond

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond with Surety

    __   Corporate Surety Bail Bond

    ✔   (Other)        With pretrial services supervision and conditions of

                   release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on June 6, 2012 at   3:10  pm  .

By _____
Dale A. Drozd
United States Magistrate Judge